1  Marie Martin-Kerr, SBN 189219
   VIRTUAL LEGAL, P.C.
2  3476 Executive Pointe Way, #16
   Carson City, NV  89706
3  Tel:  775-841-3388
   Fax:  775-841-3389
4  Attorney for Defendants,
   COFAB STEEL CORPORATION and
5  ARCMATIC INTEGRATED SYSTEMS, INC.

6  Richard C. Johnson, SBN 40881
   Michele R. Stafford, SBN 172509
7  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
8  San Francisco, CA  94105
   Tel:  415-882-7900
9  Fax:  415-882-9287
   mstafford@sjlawcorp.com
10 Attorneys for Plaintiffs,
   SHOP IRONWORKERS LOCAL 790
11 PENSION TRUST, ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOP IRONWORKERS LOCAL 790 PENSION TRUST, ET AL. | Case No.: 3:06-cv-04067-MMC |
| vs. | **STIPULATION AND** ~~PROPOSED~~ **ORDER FOR TELEPHONIC INITIAL CASE MANAGEMENT CONFERECE** |
| COFAB STEEL CORPORATION AND ARCMATIC INTEGRATED SYSTEMS, INC. | Date: October 6, 2006 |
| Defendants | Time: 10:30 A.M. |
| | Ctrm: 7 |

The parties to the above-entitled action jointly submit this Stipulation and Proposed Order for Telephonic Initial Case Management Conference, and request that the Court adopt this Proposed Order for a telephonic conference.

- 1 -

Counsel for defendants has prior commitments which will conflict with travel of over 400 miles roundtrip from Carson City, Nevada to San Francisco, CA in this case. Counsel therefore respectfully requests that this court allow a telephonic conference.

The parties stipulate to a telephonic conference.

Respectfully Submitted,

Dated this 29th day of September, 2006

_____/s/_____
VIRTUAL LEGAL, P.C.
Marie Martin-Kerr,
Attorneys for Defendants,
ARCMATIC INTEGRATED SYSTEMS, INC. and
COFAB STEEL CORPORATION

Respectfully Submitted,

Dated this 29th day of September, 2006

_____/s/_____
SALTZMAN & JOHNSON LAW CORPORATION
Michele Stafford,
Attorneys for Plaintiffs,
SHOP IRONWORKERS LOCAL 790 PENSION TRUST,
ET AL.

~~PROPOSED~~ ORDER

The Case Management Conference scheduled for October 6, 2006 at 10:30 AM will be held via telephone. The Court will initiate the call, and counsel for the parties will be on standby from 10:30 AM until the case is called.

Dated: October 3, 2006

_____
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE