RICHARD C. JOHNSON (SBN: 40881)
MICHELE R. STAFFORD (SBN: 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA  94105
Telephone:     (415) 882-7900
Facsimile:     (415) 882-7900
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOP IRONWORKERS LOCAL 790 PENSION TRUST; JOINT BOARD OF TRUSTEES of the SHOP IRONWORKERS LOCAL 790 PENSION TRUST; and MICHAEL NEWINGTON as Trustee,<br><br>        Plaintiffs,<br><br>vs.<br><br>COFAB STEEL CORPORATION, and ARCMATIC INTEGRATED SYSTEMS, INC.<br><br>        Defendants.<br>_____/ | CASE NO.: C 06-4067 MMC<br><br>**STIPULATION TO ALLOW PLAINTIFFS TO FILE AMENDED COMPLAINT** |

    The parties hereby stipulate to allow Plaintiffs to file an Amended Complaint in this matter, adding Charles Bock and Irma Bock as parties, without the necessity of filing a Noticed Motion.  Mr. and Mrs. Bock are represented by Marie Martin-Kerr, who has appeared in this action as counsel for defendants Cofab Steel Corporation and Arcmatic Integrated Systems, Inc.

    Marie Martin-Kerr, counsel for defendants, will agree to accept service of the Amended Complaint by both facsimile and United States Mail.

///

The parties further agree that an Answer to the Complaint will be filed by Charles Bock and Irma Bock within 7 days of service of the Amended Complaint.

Date:                                    **SALTZMAN & JOHNSON**
                                         **LAW CORPORATION**

                                         By:    _____/s/_____
                                                Michele R. Stafford, Esq.
                                                Attorneys for Plaintiffs

Date:                                    **VIRTUAL LEGAL, P.C.**

                                         By:    _____/s/_____
                                                Marin Martin-Kerr, Esq.
                                                Attorneys for Defendants

### ORDER

Based on the Stipulation of the parties, plaintiffs may file their Amended Complaint, naming Charles Bock and Irma Bock, without the necessity of a Noticed Motion. Marie Martin-Kerr, counsel for defendants, will accept service of the Amended Complaint. An Answer will be filed by Charles Bock and Irma Bock within 7 days of service of the Amended Complaint.

IT IS SO ORDERED

Date:   October 16, 2006

_____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE