UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOP IRONWORKERS LOCAL 790 PENSION TRUST, et al.,<br><br>         Plaintiff(s),<br><br>    v.<br><br>COFAB STEEL CORPORATION, et al.,<br><br>         Defendant(s). | No. C06-4067 MMC (BZ)<br><br>**SCHEDULING ORDER** |

Judge Chesney has referred the pending discovery dispute to me. **IT IS HEREBY ORDERED** that a telephone conference to discuss the dispute is scheduled for **Friday, December 22, 2006, at 2:00 p.m.** Counsel for plaintiffs shall get counsel for defendants on the line and contact chambers at **415-522-4093.**

Dated: December 20, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\SHOP IRONWORKERS LOCAL 790\TEL.CONF.ORDER.1.wpd

1