RICHARD C. JOHNSON (SBN: 40881)
MICHELE R. STAFFORD (SBN: 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
Telephone: (415) 882-7900
Facsimile: (415) 882-7900
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOP IRONWORKERS LOCAL 790 PENSION TRUST; JOINT BOARD OF TRUSTEES of the SHOP IRONWORKERS LOCAL 790 PENSION TRUST; and MICHAEL NEWINGTON as Trustee,<br><br>    Plaintiffs,<br><br>vs.<br><br>COFAB STEEL CORPORATION, and ARCMATIC INTEGRATED SYSTEMS, INC.; CHARLES A. BOCK AND IRMA BOCK, Individually<br><br>    Defendants.<br>_____/ | CASE NO.: C 06-4067 MMC<br><br>**REQUEST FOR CONTINUANCE** |

    Plaintiffs filed a Motion to Compel Discovery which was referred to Magistrate Judge Zimmerman for further handling. Judge Zimmerman has scheduled a telephone conference for Friday, December 22, 2006 to address the Motion.

    This matter resolved on December 19, 2006. The defendants have signed the settlement documents, which are now out for signature by plaintiff Trustees. Defendants' first payment under the settlement terms is due on or before January 2, 2007.

1  The parties have agreed to continue the Motion to Compel (and other outstanding
2  discovery matters) for 60 days until the matter is ready for dismissal.  Plaintiffs therefore
3  request that the telephone conference be taken off calendar and that a hearing date on the
4  Motion be temporarily suspended.  Plaintiffs will request that a hearing be reset if required.

Respectfully submitted,

Dated: December 20, 2006　　　　　SALTZMAN AND JOHNSON LAW CORPORATION

_____/s/_____
Michele R. Stafford



P:\CLIENTS\SHOPW\COFAB\Pleadings\Request for Continuance.doc