IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOP IRONWORKERS LOCAL 790 PENSION TRUST et al.,<br><br>　　　Plaintiffs<br><br>　v.<br><br>COFAB STEEL CORPORATION et al.,<br><br>　　　Defendants<br>_____/ | No. C-06-4067 MMC<br><br>**ORDER GRANTING EX PARTE APPLICATION FOR WITHDRAWAL FROM REPRESENTATION AND FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO MOTION TO ENFORCE; TERMINATING APPLICATION OF ELECTRONIC CASE FILING PROGRAM TO ACTION**<br><br>(Docket No. 34) |

　　　Before the Court is the motion filed March 27, 2007 by defendants' counsel, seeking to withdraw from representation of defendants, as well as an extension of time for defendants to respond to plaintiffs' motion to enforce settlement.

　　　As all defendants have stipulated to the proposed withdrawal of defendants' counsel, the motion to withdraw is hereby GRANTED. Defendants are advised, however, that corporate defendants Cofab Steel Corporation ("Cofab") and Arcmatic Integrated Systems, Inc. ("Arcmatic") may not appear in the instant action without counsel. See Rowland v. California Men's Colony, Unit II Men's Advisory Council, 506 U.S. 194, 202 (1993) (noting "a corporation may appear in the federal courts only through licensed counsel").

　　　As the Court has granted the motion to withdraw, and defendants Cofab and Arcmatic may not appear without counsel, good cause has been shown for the requested two-week extension of time for defendants to respond to plaintiffs' motion to enforce settlement, which has been noticed for hearing May 4, 2007. Accordingly, the deadline for defendants to oppose the motion is hereby EXTENDED from April 13, 2007 to April 27,

2007; the deadline for plaintiffs to file a reply is EXTENDED from April 20, 2007 to May 4, 2007; and the hearing on the motion to withdraw is hereby CONTINUED from May 4, 2007 to May 18, 2007 at 9:00 a.m.

Defendants' counsel shall serve a copy of this order on each of the defendants. Unless and until defendants obtain new counsel, future correspondence for all defendants may be sent, in accordance with the proposed order submitted by defendants' counsel, to the following address:

> Attn: Charles A. Bock
> 1971 Broadway Street
> Vallejo, CA 94589
> Tel.: 707-643-5517
> Fax: 707-643-2652

Because defendants are no longer represented by counsel, the Court hereby terminates application of the Electronic Case Filing program to the instant action. Any further documents filed in the action shall be filed with the Clerk of the Court on paper rather than electronically.

This order terminates Docket No. 34.

**IT IS SO ORDERED**.

Dated: March 28, 2007

MAXINE M. CHESNEY
United States District Judge