UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

An Order of Referral has been filed requesting the undersigned determine whether the following cases are related within the meaning of Civil L.R. 3-12(a):

    **C 06-4067 MMC**    Shop Ironworkers Local 790 Pension Trust, et al. v. Cofab Steel Corporation, et al.
    **C 07-2500 JSW**    Shop Ironworkers Local 790 Pension Trust, et al. v. Cofab Steel Corporation, et al.

**ORDER**

On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

    [ X ]  **ARE NOT RELATED** as defined by Civil L.R. 3-12(a).

    [   ]  **ARE RELATED** as defined by Civil L.R. 3-12(a).

**DATED**: March 3, 2009

_____
MAXINE M. CHESNEY
United States District Judge